# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| KENNETH PHILLIPS and CATHY PHILLIPS, <br><br> Plaintiffs, <br> v. <br><br> CONTINENTAL TIRE THE AMERICAS, LLC, <br><br> Defendant. | Case No. CV615-079 |

## ORDER

The Court having reviewed and considered the petitions of Douglas E. Horelick and Carly M. Celmer of the law firm of Thornton, Davis & Fein, P.A., 80 SW 8th Street, Suite 2900, Miami, Florida 33130, for permission to appear pro hac vice on behalf of defendant Continental Tire The Americas, LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Douglas E. Horelick and Carly M. Celmer as counsel of record for defendant Continental Tire The Americas, LLC, in this case.

**SO ORDERED** this __28th__ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA