IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KENNETH PHILLIPS                *
and CATHY PHILLIPS,             *
                                *
    Plaintiffs,                 *
                                *
         v.                     *        CV 615-079
                                *
CONTINENTAL TIRE                *
THE AMERICAS, LLC,              *
                                *
    Defendant.                  *

**O R D E R**

On November 24, 2015, the parties filed a "Joint Stipulation for Dismissal with Prejudice" in the above-captioned case. (Doc. 19.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of December, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA